# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO. 3:05mj266/EMT
                                                          3:06mj48/MD

BRIDGET A. WASHINGTON

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     June 13, 2006

Type of Motion/Pleading: MOTION TO CONTINUE AND TO CONSOLIDATE TWO PENDING FEDERAL CASES

Filed by:   Defendant       on 6/12/06     Document   24

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

Deputy Clerk: _____

## ORDER

Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2006, that:

(a)   The requested relief is GRANTED/DENIED.

(b)   The violation of probation (Case No. 3:06mj266/EMT) is hereby consolidated with Case No. 3:06mj48/MD. Both cases will be set for a VOP hearing/trial on July 18, 2006, at 10:00 a.m. in front of the undersigned.

_____
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE